**TRANS–WORLD SEWING MACHINE CO., INC., Appellant,**

v.

**REXAIR, INC. and Paul McIntyre, Respondents.**

**No. WD 38181.**

Missouri Court of Appeals, Western District.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied April 14, 1987.

Elwyn L. Cady, Jr., Independence, for appellant.

James D. Boggs, Robert H. Shaw, Platte City, for respondents.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

**ORDER**

**PER CURIAM**

Appeal from the trial court's dismissal of plaintiffs' amended petition.

Judgment affirmed. Rule 84.16(b).